UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton,  NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Glenn Bradford Lang, I
Jana Marie Lang

                                    Debtor(s)

Case No.: 21-19487 / CMG

Chapter 13

Hearing Date: 4/6/22 at 10:00AM

Judge: Christine M. Gravelle

### TRUSTEE'S OBJECTION TO CONFIRMATION OF THE PLAN

  **Albert Russo,** the Standing Chapter 13 Trustee, hereby objects to  for the following reasons:

1.  The plan is not feasible due to the amount of secured mortgage claim for arrears and the IRS claim for secured and priority taxes.

2.  amended schedule C filed 2/23/22 fails to set forth amount of claimed exemption.

Dated:  March 21, 2022

/s/ Albert Russo
_____

Albert Russo, Standing Chapter 13 Trustee
By:  Mary Krieger, Staff Attorney